## JAMES G. *v.* COMMISSIONER OF CORRECTION

The petitioner James G.'s petition for certification for appeal from the Appellate Court, 120 Conn. App. 829 (AC 29407), is denied.

*Alinor G. Sterling*, special public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided July 8, 2010